QAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CRIMINAL COMPLAINT |
| JUAN MANUEL ESTRADA-SERRANO | |

FILED
JUN 0 7 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Case Number: 07-M-7236

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 4, 2007** (Date) in **Iroquois** County, in the **Central** District of **Illinois** defendant(s),

(Track Statutory Language of Offense)
a Mexican national, was found in Iroquois County, Illinois, in the Central District of Illinois, without having obtained the consent of either the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to return to the United States after having been deported and removed from the United States to Mexico, on March 25, 2005, after having been convicted of an aggravated felony,

in violation of Title **8** United States Code, Section(s) **1326(a) and 1326(b)(2)**.

I further state that I am a(n) **Special Agent, BICE** (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

s/Stuart A. Kutz
Signature of Complainant

Stuart A. Kutz
Printed Name of Complainant

Sworn to before me and signed in my presence,

| 6/7/2007 | at | Urbana | Illinois |
|---|---|---|---|
| Date | | City | State |

| David G. Bernthal | U.S. Magistrate Judge | s/David G. Bernthal |
|---|---|---|
| Name of Judge | Title of Judge | Signature of Judge |

STATE OF ILLINOIS          )
                           ) ss
COUNTY OF CHAMPAIGN        )

# AFFIDAVIT

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than thirty-one (31) years. I am currently assigned to the Springfield, Illinois ICE office;

2. In my duties, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities that constitute the illegal reentry of aliens who have been previously deported;

3. This affidavit is made in support of a criminal complaint against Juan Manuel ESTRADA-Serrano;

4. On May 4, 2007, Judy Schippert of the Iroquois County Probation Office advised the Springfield, Illinois ICE office that ESTRADA, a previously deported aggravated felon and unregistered sex offender, had returned to the United States and was residing in or near Milford, Illinois. Ms. Schippert also stated the ESTRADA was employed at Mowrey Auction Company, which is located at 310 East Frederick Street, Milford, Illinois;

5. On May 4 and May 8, 2007, criminal history and immigration related queries were conducted. These queries disclosed that ESTRADA had several prior arrests in Iroquois County, Illinois, including a conviction for the offense aggravated criminal sexual abuse, and had been assigned FBI number 905706EC0. The queries further confirmed that ESTRADA was arrested

by ICE on March 15, 2005, assigned alien registration number A97330580, and subsequently deported from the United States to Mexico;

6. On May 22, 2007, I received alien registration file A97330580 relating to ESTRADA. This file indicates that ESTRADA is a native and citizen of Mexico, born in Guadalajara, Jalisco, Mexico on June 19, 1966. The file contains a Warrant of Deportation reflecting the deportation of ESTRADA from the United States to Mexico at Laredo, Texas on March 25, 2005. The warrant contains the signature, photograph, and fingerprint impression of ESTRADA. The file contains no record of ESTRADA requesting or receiving permission from the Attorney General or his successor, the Secretary of the Department of Homeland Security, to apply for readmission to the United States since his last deportation. The file contains evidence that ESTRADA was convicted for the offense of aggravated criminal sexual abuse in Iroquois County, Illinois on January 26, 2005. The victim of this offense was less than 18 years of age and a family member of ESTRADA;

7. On June 6, 2007, SA Eric Bowers and I took ESTRADA into custody at the Iroquois County Jail in Watseka, Illinois. We placed ESTRADA under arrest and transported him to the Springfield, Illinois ICE Office for further processing;

8. On June 7, 2007, ESTRADA was fingerprinted at the Springfield ICE office, where it was confirmed that he is in fact the same person described above, who was deported on March 25, 2005. At that time I explained the Miranda rights in the Spanish language to ESTRADA. ESTRADA stated that he understood these rights and signed the form agreeing to answer questions without an attorney present. When advised of his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs, ESTRADA stated that he did not want us to notify his home country's consular officials at this time. ESTRADA admitted that he is a native and citizen of Mexico, born in Guadalajara, Jalisco, Mexico on June 19, 1966.

ESTRADA admitted that he was deported from the United States to Mexico at Laredo, Texas on March 25, 2005. ESTRADA admitted that the Warrant of Deportation contained in alien registration file A97330580 contains his signature, photograph, and fingerprint impression. ESTRADA admitted that he did not request or receive the necessary permission from the Attorney General or his successor, the Secretary of the Department of Homeland Security, to apply for readmission to the United States since his last deportation. ESTRADA admitted that he was convicted for the offense of aggravated criminal sexual abuse in Iroquois County, Illinois on January 26, 2005. ESTRADA admitted that the victim of this offense was less than 18 years of age and a family member.

9. On June 7, 2007, I fingerprinted ESTRADA utilizing the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS disclosed that ESTRADA had been assigned alien registration number A97330580 and FBI number 905706EC0.

10. Juan Manuel ESTRADA-Serrano is in the United States in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(2). This violation occurred in Iroquois County, Illinois within the Central District of Illinois.

11. Further Your Affiant Sayeth Not.

s/Stuart A. Kutz
STUART A. KUTZ, Senior Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 7th day of June, 2007

s/David G. Bernthal
DAVID G. BERNTHAL
UNITED STATES MAGISTRATE JUDGE