# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

V.

JUAN MANUEL ESTRADA-SERRANO

## EXHIBIT AND WITNESS LIST

Case Number: 07-7236

| PRESIDING JUDGE<br>David G. Bernthal | PLAINTIFF'S ATTORNEY<br>AUSA David Hoff | DEFENDANT'S ATTORNEY<br>AFPD A. Brian Threlkeld for John Taylor |
|---|---|---|
| TRIAL DATE (S)<br>Preliminary Hearing on 6/7/2007 | COURT REPORTER<br>UR-C 3:10 PM (digital recording) | COURTROOM DEPUTY<br>S. Porter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/7/2007 | yes | yes | U.S. Department of Homeland Security Form I-214 (Advisement of Rights) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

Form I-214
(Rev. 8-1-73) N (Spanish)

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

AVISO DE DERECHOS

File No. A97 330 580

Antes de que le hagamos cualquier pregunta, usted debe de comprender sus derechos:
  Usted tiene el derecho de guardar silencio.
  Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de inmigración.
  Usted tiene el derecho de hablar con un abogado para que el lo aconseje antes de que le hagamos alguna pregunta, y de tenerlo presente con usted durante las preguntas.
  Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta, si usted lo desea.
  Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendrá usted el derecho de dejar de contestar cuando guste. Usted también tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.



FILED
JUN 0 7 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### RENUNCIA

He leído esta declaración de mis derechos y comprendo lo que son mis derechos. Estoy dispuesto a dar una declaración y a contestar preguntas. Por ahora no deseo un abogado. Comprendo y se lo que estoy haciendo. No me han hecho promezas ni me han amenazado, ni han usado presión o fuerza en mi contra.

_Juan ESTRADA_
Firma

Fecha y hora: _06/07/07, 9:20 A.M._       Lugar: _Springfield, Illinois_

### CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence.

_[signature]_
Immigration Officer Signature

_[signature]_
Witness' Signature

_____
Interpreter's Signature                Language

_____
Interpreter's Address

### INTERVIEW LOG

1. Person interviewed _Juan Manuel ESTRADA-Serrano_  2. Officer(s) _Stuart A. Kutz and Eric Bowers_  3. Place (exact address and identity of room) _Springfield, Illinois ICE office, 28th Stanton Street_  4. Date _06/07/07_
5. Exact Time place of encounter or arrest _1600 06/6/07 Iroquois County Jail Watseka IL_
6. If transported from place of encounter to interrogation point, show exact time involved. _2 hours_
   Note whether interrogation continued during transporting _No_
7. Officers making arrest and/or transporting subject _SSA Kutz_
8. Time interview began _06/07/07 925AM_  9. Time subject or suspect advised of right to remain silent and fact any statement could be used against him in court and name of officer furnishing advice _____
   _____ 10. Time subject advised of right to presence of counsel retained or appointed and name of officer furnishing advice _____
11. Time questioning concluded _____  12. Time written statement commenced _____
13. Person preparing statement _____  14. Time statement completed _____
15. Time statement reviewed by person interviewed _____  16. Time statement signed _____
17. Record of requests and complaints of subject and actions taken thereon _____

GOVERNMENT EXHIBIT 1
07-7236
6-7-07

*(If additional space required, continue on an attachment.)*

Form I-214  
(Rev. 8-1-73) English

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
U.S. Immigration and Customs Enforcement

## ADVISEMENT OF RIGHTS

File No._____

Before we ask you any questions, you must understand your rights:
   You have the right to remain silent.
   Anything you say can be used against you in court, or in any immigration or administrative proceeding.
   You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
   If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.
   If you decide to answer questions now without a lawyer present, you will still have the right to stop answering
   questions at any time. You also have the right to stop answering at any time until you talk to a lawyer.

I have read (or have had read to me) this statement of my rights, and I understand what my rights are.

_____     _____     _____
       (Signature)                 (Date and Hour)                   (Place)

_____     _____
      Immigration Officer (Signature)                    (Witness' Signature)

## WAIVER

   I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

_____
                                         Signature

Date and Hour:_____ Place:_____

-----------------------------------------------------------------------------------------------

## CERTIFICATION

   I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence.

_____
   Immigration Officer Signature

_____
   Witness' Signature

_____
   Interpreter's Signature                                    Language

_____
   Interpreter's Address

## INTERVIEW LOG

1. Person interviewed _____ 2. Officer(s)_____
   _____3. Place (exact address and identity of room)_____
   _____ 4. Date_____
5. Exact Time place of encounter or arrest_____
6. If transported from place of encounter to interrogation point, show exact time involved._____
   Note whether interrogation continued during transporting_____
7. Officers making arrest and/or transporting subject_____
8. Time interview began _____ 9. Time subject or suspect advised of right to remain silent and fact
   any statement could be used against him in court and name of officer furnishing advice_____
   _____ 10. Time subject advised of right to presence of counsel retained
   or appointed and name of officer furnishing advice _____
11. Time questioning concluded _____ 12. Time written statement commenced_____
13. Person preparing statement _____14. Time statement completed_____
15. Time statement reviewed by person interviewed_____16. Time statement signed_____
17. Record of requests and complaints of subject and actions taken thereon_____

*(If additional space required, continue on an attachment.)*

Form I-214 (Rev. 8-1-73) English