**Department of Homeland Security**
U.S. Immigration and Customs Enforcement        Notificación de Derechos de Comunicación

Expediente No: __A97 330 580__

Nombre __Juan Manuel ESTRADA-Serrano__

Firma __Juan Estrada__

FILED
JUN 0 7 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### NOTIFICACIÓN DE DERECHOS

Como no es ciudadano de los Estados Unidos, al ser arrestado or detenido tiene derecho a pedirnos que notifiquemos a los representantes consulares de su país aquí en los Estados Unidos, si lo desea. Entre otras cosas, un funcionario consular de su país puede ayudarle a obtener asesoramiento legal, ponerse en contacto con su familia y visitarle en la cárcel. Si Ud. desea que notifiquemos a los funcionarios consulares de su país, puede solicitarlo ahora or en cualquier oportunidad en el futuro. Después de que se haya notificado a los funcionarios consulares de su país, ellos podrán llamarle o visitarle. ¿Desea que notifiquemos a los funcionarios consulares de su país?

*(Sírvase poner un círculo alrededor de "Sí" o "No")*

Sí        (No)

### NOTIFICACIÓN

El tiempo y nombre de funcionario consular quien fue notificado: _____

### CERTIFICATE OF SERVICE

___ Notice read by subject
_X_ Notice read to subject by __Stuart A. Kutz__, in the __Spanish__ language.

__Stuart A. Kutz__
Name of Service Officer (Print)

__[signature]__
Signature of Officer

_____
Name of Interpreter

__06/07/07, 9:30 A.M.__
Date and Time of Service

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

**Notification of Communication Rights**

File No: A_____.

Name_____

Signature_____

### NOTICE OF RIGHTS

As a non-U.S. citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, and may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials?

*(Please circle "yes" or "no")*

Yes                         No

### NOTIFICATION

Time and name of consular official notified:
_____

_____

_____

### CERTIFICATE OF SERVICE

___ Notice read by subject
___ Notice read to subject by _____, in the _____ language.

_____.            _____.
Name of Service Officer (Print)                 Name of Interpreter

_____             _____.
Signature of Officer                              Date and Time of Service