AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
V.
JUAN MANUEL ESTRADA-SERRANO

**WARRANT FOR ARREST**

Case Number: 07-7236

FILED
JUN 14 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUAN MANUEL ESTRADA-SERRANO
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

being a Mexican national unlawfully found in the Central District of Illinois, in Iroquois County, on or about May 4, 2007, without the consent of either the Attorney General of the United States or the Secretary of the Department of Homeland Security to return to the United States after having been deported and removed from the United States to Mexico on March 25, 2005, after having been convicted of an aggravated felony,

in violation of Title   8   United States Code, Section(s)   1326(a) and 1326(b)(2)

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

6/7/2007      Urbana, Illinois
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Watseka

| DATE RECEIVED 06/08/07 | NAME AND TITLE OF ARRESTING OFFICER Stuart Kutz | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/06/07 | | |