UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



FILED
JUN 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 07-20070 |
| | ) | Violation: 8 U.S.C. §§ 1326(a) and |
| JUAN MANUEL ESTRADA-SERRANO, | ) | 1326(b)(2) |
| Defendant. | ) | |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES:**

On or about May 4, 2007,

**JUAN MANUEL ESTRADA-SERRANO,**

the defendant herein, who was a Mexican national, was found to be in Iroquois County, Illinois, within the United States of America, without having obtained the consent of either the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to return to the United States after having been deported and removed from the United States pursuant to law on March 25, 2005, with the deportation occurring after the defendant had been convicted of an aggravated felony, to-wit, aggravated criminal sexual abuse in Iroquois County, Illinois.

In violation of Title 8, United States Code, Sections 1326(a) & 1326(b)(2).

A TRUE BILL,
s/Foreperson
FOREPERSON

s/Greggory B. Walters   AUSA
_____
for RODGER A. HEATON
UNITED STATES ATTORNEY
DHH