E-FILED
Monday, 02 July, 2007   11:23:56 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **07-20070** <br> ) <br> **JUAN MANUEL ESTRADA-SERRANO** ) <br> Defendant ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **4:15 P.M.** on **JULY 31, 2007,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **AUGUST 27, 2007,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd day of July, 2007.

                                                   s/David G. Bernthal
                                                 DAVID G. BERNTHAL
                                                 U.S. MAGISTRATE JUDGE