UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 07-20070 |
| JUAN ESTRADA-SERRANO, | ) ) ) | |
| Defendant. | ) | |

MOTION TO CONTINUE

Now comes the Defendant JUAN ESTRADA-SERRANO by his attorney, KARL W. BRYNING, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pretrial conference presently scheduled for July 31, 2007 and the trial, presently scheduled for August 22, 2007 to future dates, and, in support thereof, states as follows:

1. Defense counsel recently received transfer of this case and requires additional time to receive and review discovery, schedule the services of a Spanish language interpreter and confer with Mr. Estrada-Serrano.

2. Assistant United States Attorney, David Hoff, has been contacted and makes on objection to this motion.

3. In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause.

JUAN ESTRADA-SERRANO, Defendant

s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. David Hoff, Assistant United States Attorney, 226 U.S. Courthouse, 201 South Vine Street, Urbana, IL 61801-3369.

      s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org