E-FILED
Thursday, 26 July, 2007  11:23:25 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. CR 07-20070 |
| JUAN ESTRADA-SERRANO, ) | |
| Defendant. ) | |

### NOTICE OF ENHANCEMENT OF SENTENCE BECAUSE OF DEFENDANT'S PRIOR AGGRAVATED FELONY CONVICTION AND NOTICE OF SURPLUS LANGUAGE IN INDICTMENT

**Notice of Enhancement of Sentence**

The United States of America hereby advises the defendant that because of his prior aggravated felony conviction of aggravated criminal sexual abuse in Iroquois County, Illinois in 2005, he is subject to imposition of an enhanced term of imprisonment of up to twenty years of incarceration pursuant to 8 U.S.C. §1326(b)(2).

**Notice of Surplusage In Indictment**

The United States included in the indictment returned in this case citation to 8 U.S.C. §1326(b)(2) and referenced the fact that the defendant has a prior conviction for the above-referenced aggravated felony. However, as explained in *Almendarez-Torres v. United States*, 118 S.Ct. 1219 (1998) the statutory subsection authorizing a sentence of up to 20 years for any alien who illegally returned to the United States after having previously been deported following the conviction of an aggravated felony was merely

a penalty provision, and did not serve to identify a separate immigration-related offense.

The Court then held that the indictment need not set forth factors relevant only to sentencing of the offender found guilty of the offense.

Consequently, the language in the instant indictment stating "with the deportation occurring after the defendant had been convicted of an aggravated felony, to-wit, aggravated criminal sexual abuse in Iroquois County, Illinois . . . . In violation of Title 8, United States Code, Section 1326(b)(2)" is surplusage that neither needs to be alleged in the indictment nor proven beyond a reasonable doubt at trial.

                                            RODGER A. HEATON
                                            UNITED STATES ATTORNEY

BY:   s/David H. Hoff
        DAVID H. HOFF, Bar No. IL 1234072
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Karl W. Bryning
>Assistant Federal Public Defender
>401 Main Street, Suite 1500
>Peoria, Illinois 61602

>>s/David H. Hoff
>>DAVID H. HOFF, Bar No. IL 1234072
>>Attorney for Plaintiff
>>United States Attorney
>>201 S. Vine Street, Suite 226
>>Urbana, Illinois 61802
>>Phone:  217/373-5875
>>Fax: 217/373-5891
>>david.hoff@usdoj.gov